No. 93–7197. STANLEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7199. WATSON *v.* LeCUREUX ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–7202. DYKES *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 93–7203. HOLMES *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 93–7205. KEMP *v.* CHRYSLER FIRST MORTGAGE. Ct. App. D. C. Certiorari denied.

No. 93–7206. HOLMES *v.* LYNAUGH, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–7207. GUERRERO *v.* DAVIDSON, SHERIFF, DESCHUTES COUNTY. C. A. 9th Cir. Certiorari denied.

No. 93–7208. LIGHTFOOT *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 93–7209. RANKIN *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 93–7210. MALDONADO *v.* LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–7211. CARTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7212. BOWLES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7216. PERALES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–7220. STRICKLAND *v.* OWEN ET AL. Ct. App. Ga. Certiorari denied.